Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

_____ Division

| | |
|---|---|
| Andrew K. Bollinger | Case No. 8:21CV225 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | |
| AutoZoners, LLC | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2021 JUN 15 PM 2:33 OFFICE OF THE CLERK

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Andrew K. Bollinger |
   | Street Address | 2711 Madison St. |
   | City and County | Bellevue, Sarpy |
   | State and Zip Code | Nebraska 68005 |
   | Telephone Number | 402-813-3741 |
   | E-mail Address | Ab27ne@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: AutoZoners, LLC
- Job or Title (if known):
- Street Address: 123 S. Front St.
- City and County: Memphis, Shelby
- State and Zip Code: TN 38103-3607
- Telephone Number: 901-495-6500
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Autozone store #3789 |
| Street Address | 1821 Wilshire dr. |
| City and County | Bellevue, Sarpy |
| State and Zip Code | Nebraska 68005 |
| Telephone Number | 402-291-4091 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
April of 2019

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☒ gender/sex — retaliated on my reporting of sexual harassment i was a witness to.
- ☐ religion _____
- ☐ national origin _____
- ☐ age (year of birth) _____ (only when asserting a claim of age discrimination.)
- ☒ disability or perceived disability *(specify disability)*
  The EEOC used this as i was injured durring these events.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

    E.    The facts of my case are as follows. Attach additional pages if needed.

           see attached and included filings with the EEOC.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

           08/01/2019

    B.    The Equal Employment Opportunity Commission *(check one)*:

           ☐ has not issued a Notice of Right to Sue letter.

           ☒ issued a Notice of Right to Sue letter, which I received on *(date)* 3/19/2021 .

           *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.    Only litigants alleging age discrimination must answer this question.

           Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

           ☐ 60 days or more have elapsed.
           ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

i am currently seeking Any and all lost wages and any additional relief the court sees fit. included but not limited to 109,000 dollars in lost wages per the EEOC calculations, compinsation for the hardships endured and equally as important is reclaiming my name and image that was so dillgently tarnished by the continued actions of autozone and its agents.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/14/2021

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Andrew Bollinger

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address:

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Andrew K. Bollinger<br>2711 Madison St<br>Bellevue, NE 68005 | From: St. Louis District Office<br>1222 Spruce Street<br>Room 8.100<br>Saint Louis, MO 63103 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 32E-2019-00653 | Joseph J. Wilson,<br>State & Local Program Manager | (314) 798-1930 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Joseph Wilson*      March 17, 2021

Lloyd J. Vasquez, Jr.,<br>District Director     *(Date Issued)*

Enclosures(s)

cc: **AUTOZONERS, LLC**<br>ATTN: Human Resource Director<br>717 N Saddle Creek Rd<br>Omaha, NE 68132

Tracy E. Kern<br>**JONES WALKER**<br>201 St Charles Avenue<br>New Orleans, LA 70170

1.

My name is Andrew Bollinger. I am currently employed at AutoZone in Bellevue Nebraska 68005 at 18 12 Wilshire dr. store number 3789.
My home address is 2711 Madison St. Bellevue NE, 68005
I can also be reached at ab27ne@gmail.com
Phone number (402)-813-3741
Work Comp case number: 201901128

The reason I am contacting you is to report harassment in the workplace that has become detrimental to not just mine but numerous other employees ability to perform work functions.
This is not just about the actions of the one perpetrator but also covers the 2 other managers who were working to cover it up.

Persons involved:
Mike bizarik part time driver (402)-452-4492
Andrew Bollinger, commercial sales manager (402)-813-3741
Destinee Andrews, full time driver (promised to be promoted) (402)-609-6355
Brian Lang, Store manager (formerly at 3789 then at 1647) (402)-301-4019
Deborah Parks, part time driver (402)-5700694
Carl Nordhal, Store manager 3789 (402)-452-7555
Steve Evans, territory sales manager (402)-714-1689
Allie, Commercial sales manager 1647 ( get from Destinee)
Chris Bibby, district manager (219)-331-6645
Pierre Wallace, Divisional human resources. (414)-391-1141
Miranda Wilcoxin Parts Sales Manager 1923 ( see if Destinee still has)

Stores by number:
3789 Bellevue
1923 Council Bluffs IA
1647 Millard

Dates and times of significant events:
4/12. Miranda gets a hold of Destinee to tell her that the spot is open for her to come to council bluffs store 1923
4/20. Steve calls Andy to discuss his visits for the store and only wants to talk about destinee. Steve made the comment that "that little girl is coming with me." Andy informed him that this action would leave the store sever short staffed and would cause a lot of problems for the other team members and also serve no purpose to benefit the business. Steve then replied with "well I was just kidding anyway"
4/22 Chris comes to the store to talk to everyone about this plan to make destinee move to another store that is more staffed and promote her there. This brought up so many questions from destinee as she didn't want to leave the store she was at. Chris went in to a 2 hour sales pitch for why she wanted this even though she didn't.
4/23 Steve came in to the store, for his scheduled visit. Instead of talking to the manager me, he made a bee line for destinee. He started yelling at her that if she didn't take the job at the other store, she would never get a promotion ever. I only caught bits of this. Deb was appalled to hear this. He then went on to say she was coming with him on his sales visits. She said she had too much to do and we were short staffed. Carl then got in to it with Steve as Steve was supposed to take Carl with on some visits. Carl demanded why he was not following corporate directive. Steve was angry and left. I came around and asked what was all of this and then that's when destinee told me what had happened. She was upset by this. I kept telling her you don't have to take it and call H.R.
She calls steve and says we need to have a come to Jesus and put an end to all of this. Steve agreed. When it was later in the day, he was not out doing sales calls but parked not where he would park but in the back waiting for car to leave to go on his calls. Deb had thought of this as extremely odd as well. When he came in, destinee asked out the gates why me. She started to say that there were people far more qualified as Chris had discussed and that's when steve 'said that it was me, I was pushing for this in the secret meetings Chris and I have. I need to get you over by me." at this point I said your screwing me and every thing I spent the last few years building. Steve then said " you and this program aren't worth investing in. all I care about is her(pointing to destinee.). Destinee then said "why me and why all of the sudden?" to

witch steve replied "everything moves fast at AutoZone girl…..everything." this was all done in a sleazy voice. I was becoming angry but at the same time waiting for cameras to come out because this entire performance was so unbelievable. He then said" look at what all I have done for you. No one else can get you what I can. You need to take this because you will never have it without me" in utter shock, I said " you cant do this to people. This inst the 1950''s and this is so wrong. Your totally fucking all of us in your doing this you have to stop." he went on to say " its not your decision buddy boy. This is between what I want and chris. You have no say here."

    At this point I walked off and called carl. Destinee kept trying to argue with him as he wasn't listening and just laying on his pick up…..game. It was at this time she asked what happened to Zach ( former commercial back up at 1923 that was fired on the day Miranda started messaging destinee. The rumor was that he was set up to be fired so that steve could move destinee over to 1923 by his house. He confirmed that he had done this and would do whatever for her. When I came back around the corner with carl on the phone he grabbed his stuff and literally bolted out the door.

    4/24 I sent an email to Brianna in our regional office stating that I needed protection as I would surely be fired for standing up to this. Destinee was absolutely warn down and furious. I sent it to Brianna as chris had stated that Pierre was not the regional hr any more. And I didn't want it to go to him as I felt that I couldn't trust him. With all the claims made of chris having him in his back pocket and the fact that he came down to try and hustle this younger employee on behalf of his buddy. Pierre stated that he was still there and would be objective and as a show of good faith, called off the meeting of Steve, Chris, Destinee and myself they were trying to force us in to. So I gave him my account of what happened.

    4/25 Chris starts calling the store and Destinies' cell relentlessly. She didn't want to talk to him. But he kept calling. I told her to just not play this game money or not (she was in a rough place financially at the moment). I kept telling her they cant treat you like this. I know it was irritating her but didn't know who else to call for help. So I too just refused his calls. But they kept coming.

    4/30 destinee picked up the phone 2 days before from chris continuing to call. For the full account of these events you will have to speak with her. But she was told that the only way to end this is for her to make a statement and take a promotion with more pay than previously offered but she had to do it in Iowa. It could not be done in Nebraska.

    Ultimately in this time for financial reasons, she took the promotion. but it wasn't setting with her because of what had happened to Zach. Brian had mentioned that Allie had had similar problems with steve so destinee reached out to her via messenger.

Allie informed her that steve always made inappropriate comments to her. Telling her that she only got her job because of her tits. She described him as a grimy old dude. But she went on to say that she made chris aware of these and chris told her its best not to try an pursue any thing because nothing can be done about it.

    5/21 p&l numbers dropped. it's the reason that destinee was told she could not be in Bellevue. They were positive as projected. I told her about them. She was already angry as she was treated horribly at the store(1923) and steve was always there. She then called chris and told him enough of this money or no I want my old job back at 3789. Chris went on to actually scream at her and cuss her out. He went off on her for wanting to go back to a person who had harassed her. This didn't make sense yet.

    5/29 with learning that steve had been sabotaging my market and not having any employees with them taking my full time driver for nothing else but to move her closer to Save's house, I was circling the drain. I tested Pierre as a last ditch effort before I contacted the state for assistance. He did not reply.

    5/30 I was injured on this day. I spent the entire day in the hospital for a hernia I pulled in my rush of trying to still run a 5 man job solo.

    5/31 I was in immense pain and having to lift heave things and still run my department. The pain became unbearable so I called pierre and simply told him the alienation and retaliation for me reporting steve has to stop. I have been hurt as a result of all of this and desperately need help. But most of all, this has to stop. Pierre told me that they came to the conclusion that I had been the one harassing destinee. They moved her to protect her from me. In absolute disbelief I laughed. Its all I could do. He informed me that what I claimed to have witnessed never happened. I said there were other witnesses. He said no there wasn't because I will not speak of it any more other than what they had decided happened. He then informed me that chris had witnessed destinee signing documentation that I was harassing her. I told him I will never changing my story as I know what I saw.

At this point I called destinee and asked her about it. She said the only thing she ever signed with chris was paper for a promotion. then she said omg they twisted my words. I told them that you were pressuring me to

take it to hr or even get a lawyer but steve and chris were harassing me. Destinee then said she needed out of there and I helped her to find another job with a customer of ours.

During the next few days, the evidence of steve purposefully setting up my market to fail had become rampant. I spent my time at work trying to fix it all.

6/5 I came in to work and chris was there. He told me I needed to come over to the managers terminal and acknowledge something from pierre. It was a write up that stated that I was the one harassing destinee and steve was the one trying to protect her from me. I was informed that if I didn't sign it and adhere to it that I would loose my job. This was also the day before my surgery for the hernia I had now earned. I refused to sing it but requested a copy since it was the basis for my termination. I was told I can only get one from pierre who now has my employee file. I took my phone out to take a picture of it but chris immediately closed it out. I went back to working and he told Carl that he had to sign as a witness that I had refused to sign. Carl wasn't even in the building at this time. Now 2 weeks after my surgery, I was called from the Dr's office and told that AutoZone had requested my release. They called to see how I was doing. I told them that its not a safe environment for me to return to and would like the full time out to heal as they will just continue to violate my conditions. They said they will write a release but will word it so that I cant do anything excessive. But this was not the case. The constant harassment has yet to let up. So I took all my vacation time to recover .

I have been informed that we are getting an inspection from the CEO on July 11th. I was told that I will be in uniform. I have a Dr's note that allows me to not wear tight or heavy pants as they irritate my surgery area. So the answer I got is that I will be terminated as the decision for if a Dr's note is accepted is solely up to Pierre.

In summary:

I should state that this should have never gone this far. I should have paid better attention to the signs and reacted quicker. I shouldn't have given the time that I did under a idea that a company of this size surly will have someone who will react and put an end to this. I should have been more aggressive in the beginning when Steve would call and talk sleazy like to her. I honestly thought of it as just someone being awkward. But this story is much more than the bullet points I have presented. This is why I am asking the state to intervene and also investigate. But its not just the dated points that I made. The amount of hours Carl was forced to work through all of this should also be investigated as he was never communicated being on salary for his time.

He has had his job threatened numerous times over not being able to make me agree to the narrative they had prepared that is in stark contrast to wheat myself and many others had witnessed.

I also have a case that is in work comp. I will be also sending this to them. But in the end, the brand that I have built for my self under my own name has been tarnished. My reputation has been blatantly attacked and defamed. The stress that is completely undue has been a burden on many families involved in this. I don't hate AutoZone. I still think it's a company with a great product that is also being tarnished by the actions of people who are abusing their positions to protect a group of friends. I pray that this matter is taken seriously as the combined actions of Chris, Steve and Pierre were openly willful and contumacious in nature and execution and I can not go without being addressed. Already Mike, Allie, Brian, and Destinee have already left the company over this. Too many people have paid the price for the actions of one and the efforts of the other two to protect.

I have numerous photos to prove that not only have I never so much as had a counseling let alone a write up. I can also prove that I have some of the highest percentages and have been in for numerous awards and never ever had any negative marks on my employee file. I feel that these things will be meditated. So I would like to request an email address to send a multitude of evidence to support my claims. Also I do have contact information for all the above mentioned parties in this extremely troubling matter.

I do thank you for your time and consideration and with a heavy heart in having to prepare this.

Andrew Bollinger.

My name is Andrew Bollinger.

2711 Madison st
Bellevue, NE 68005
(402)-813-3741
AB27NE@GMAIL.COM

I filed an action against AutoZone llc that is under investigation.

Due to further harassment, I feel that an additional charge is warranted.

I ended my time with AutoZone on July 26th of 2019. On Saturday July 27th I accepted an offer of employment from Advance Auto Parts. On the 29th of July, Steve Evans of AutoZone was contacting other employees of advance to see where I worked at and in what department and where I could be found.

I sent a message to Carl Nordhal demanding that the harassment stop and asked him to forward it to anyone who could help.

August 1st. I had a pass to enter Offutt AFB so that I could deliver auto parts as a vendor. It was provided to me from Firestone located on the base. Someone claiming to be with AutoZone either called or went in to security forces to say that I was using the pass to gain access to no approved areas of the base. I had to turn myself in to security forces as they investigated this. I had informed them of my action filed in this matter and said that this was simply retaliation. I was released.

August 2nd

Steve was in the same market I work in. he was going customer to customer and making claims that I had stolen from numerous customers and messed up their billing accounts before I left but offered no proof. Numerous customers had contacted me to inform me of this as it was unfolding.

I feel that AutoZone is acting in bad faith and is now escalating things to where I now have to fear for my safety and need protection form AutoZone. Trying to have me apprehended by security forces as well as federal agents should be treated the same as "Swatting" and should be prosecuted for the same criminal action. I was injured on the job as a result of harassment for reporting sexual harassment and they are taking things to I feel beyond illegal levels. Something has to be done to stop this madness before they get someone seriously injured or even killed. This is too much. And it's also not fair to my current employer to have to bear the burden of the inability of AutoZone to control itself or its agents. I beg for and pray for swift and immediate relief from this harassment.

Andrew Bollinger

Statement of claim:

1. That I was a witness to the sexual harassment of Destinee Andrews By then TSM Steve Evans and the subsequent retaliation as a result of witnessing sexual harassment.
2. I did report Steve Evens to H.R.
3. Department Head of H.R. Pierre Wallace did not actually investigate this matter but opted to conduct interviews to investigate me instead to protect Both Chris Bibby and Steve Evans.
4. I was threatened with termination if I did not withdraw my claims and was also threatened with my work comp and surgery being denied if I refused to sign a false narrative.
5. Because of the constant threats and all other listed issues I did quit before I could be fired or physically harmed further. I feel that this was also done via manipulation intentionally to attempt bar me from being able to bring claim against them for what they had done.
6. An agent of AutoZone did try to have me "swatted" as they attempted to turn me in as a terrorist in hopes of me being violently apprehended and detained. Although I was unable to find out who the person was as the Air Force would only tell me they were in an AutoZone shirt and I would need a Subpoena to acquire the name of the party involved.
7. AutoZone at one point did separate with Steve Evans. It is unknown to me if this was a termination or voluntary but has since reemployed him.
8. Steve Evans has continued to use social media to court younger women with job offers and telling them that they are beautiful as recent as April 8th 2021. So the continued action demonstrates that this very much is the position AutoZone has taken to not only protect this behavior but has done nothing to stop it to this day.
9. I feel that the EEOC errored in perusing this as just a disability as the sexual harassment element is ever so present and very much at the core of this situation.
10. I feel that both Destinee Andrews and I are entitled to relief from this but I cannot speak for her or where she is with her claim also filed through the EEOC.
11. Any additional explanation can be found in my EEOC letter of events and amended complaint for further ongoing action. Both are attached.