IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW K. BOLLINGER,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONERS, LLC,<br><br>Defendant. | 8:21CV225<br><br>ORDER TO<br>SHOW CAUSE |

Plaintiff Andrew K. Bollinger ("Bollinger") filed a pro se Complaint (Filing No. 1) against AutoZoners, LLC ("AutoZoners") on June 15, 2021. On initial review (Filing No. 6), *see* 28 U.S.C. § 1915(e)(2), the Court allowed only his claim for retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, to proceed to service of process. On December 15, 2021, AutoZoners filed a Motion to Dismiss (Filing No. 14) Bollinger's remaining claim under Federal Rule of Civil Procedure 12(b)(6).

To date, Bollinger has not responded. Bollinger shall have until March 18, 2022, to show cause why his remaining claim against AutoZoners should not be dismissed. *See* NECivR 41.2; Fed. R. Civ. P. 41(b). The failure to timely comply with this order may result in dismissal without further notice.

IT IS SO ORDERED.

Dated this 10th day of March 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge