IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW K. BOLLINGER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AUTOZONERS, LLC,<br><br>　　　　　Defendant. | 8:21CV225<br><br>JUDGMENT |

　　　　In accordance with the Memorandum and Order entered today (Filing No. 48), judgment is entered in favor of defendant AutoZoners, LLC, and against plaintiff Andrew K. Bollinger.  *See* Fed. R. Civ. P. 58(a).

　　　　Dated this 10th day of May 2024.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge